1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7  | STEVEN KLAGES and CHRIS KLAGES, husband and wife, | NO:  CV-11-5103-RMP

8  |                                                  |
   |                    Plaintiffs,                   | ORDER OF DISMISSAL WITH
9  |                                                  | PREJUDICE
   |         v.                                       |
10 |                                                  |
   | CMH MANUFACTURING WEST, INC., a foreign corporation;
11 | KARSTEN HOMES, INC., an Oregon corporation; CLAYTON HOMES,
12 | INC., a foreign corporation;
   | NELMSTAR, LLC, an Oregon limited
13 | liability company and DOES 1-25,
14 |
   |                    Defendants.
15

16    BEFORE the Court is the parties Stipulated Motion to Dismiss with

17 Prejudice, ECF No. 8.  Having reviewed said motion and the file and pleadings

18 therein, the Court finds good cause to grant the motion.  Accordingly,

19    **IT IS HEREBY ORDERED:**

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 8,** is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 9th day of December, 2011.

                    *s/ Rosanna Malouf Peterson*
                ROSANNA MALOUF PETERSON
                Chief United States District Court Judge